**Order entered April 3, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01214-CR

**ROBERT MONTE PRICHARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-00386-Q**

## ORDER

The Court **REINSTATES** the appeal.

On March 16, 2015, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and entitled to proceed without payment of costs for the record; (3) counsel Catherine Bernhard requested preparation of the reporter's record on September 29, 2014; (4) Marissa Garza is the court reporter who recorded the proceedings; (5) Ms. Garza's explanation for the delay in filing the record is her workload; and (6) Ms. Garza indicated that the earliest date by which she could file the record is April 15, 2015.

We note the reporter's record was due in this case by Monday, January 5, 2015, and the appeal was abated for findings on March 16, 2015. At no time during that period did Ms. Garza

request an extension of time from this Court to file the reporter's record, nor did she respond to the Court's January 6, 2015 letter informing her that the record was overdue. Accordingly, we **ORDER** Marissa Garza, now official court reporter of the County Criminal Court No. 4, to file the complete reporter's record, including all exhibits admitted into evidence, by **MAY 1, 2015**. No further extensions will be granted.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Marissa Garza, official court reporter, County Criminal Court No. 4, and to counsel for all parties.

/s/     LANA MYERS
         JUSTICE